UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of arbitration:

UNION SQUARE LIMITED,

                Petitioner                No. 21-cv-11032

      V

MR. BAR-B-Q PRODUCTS LLC

                Respondent.

### DECLARATION OF JEFFREY A. WURST IN SUPPORT OF PETITION FOR CONFIRMATION OF ARBITRATION AWARD

I, Jeffrey A. Wurst, declare and state as follows:

1.    I am a partner of Armstrong Teasdale, LLP, counsel to Petitioner, in the above-captioned proceeding. Based upon my personal involvement, my conversations with individuals with relevant knowledge, and my review of documents I am fully familiar with the facts and circumstances described in this Declaration.

2.    I make this Declaration in support of the Petitioner's Verified Petition to Confirm Arbitration Award dated December 22, 2021.

3.    Attached as **Exhibit A** is a copy of the Second Partial Final Award issued on December 3, 2021, by Stephen S. Strick ("Arbitrator Strick"), the sole arbitrator appointed by the International Arbitral Tribunal of the International Centre for Dispute Resolution ("ICDR") in ICDR Case Number 01-20-0005-4914, Mr. Bar-B-Q Products LLC v. Union Square Limited and Wayne Margolin (the "Arbitration").

1

4. Attached as **Exhibit B** is a true and correct copy of the (a) Services Agreement by and between Union Square Limited and Mr. Bar-B-Q Products LLC and which includes, in paragraph 22, an agreement to submit disputes to arbitration; together with the (b) Amendment to Services Agreement.

5. Attached as **Exhibit C** is a true and correct copy of the First Partial Final Award issued on June 9, 2021, by Arbitrator Strick.

6. Attached as **Exhibit D** is a true and correct copy of the Notice of Arbitration, dated June 4, 2020, filed with the ICDR by Mr. Bar-B-Q Products LLC.

7. Attached as **Exhibit E** is true and correct copy of the Fourth Amended Supplement to Notice of Arbitration, dated February 3, 2021, filed with the ICDR by Mr. Bar-B-Q Products LLC.

8. Attached as **Exhibit F** is true and correct copy of the Answering Statement to Claimant's Fourth Amended Supplement, dated February 26, 2021, filed with the ICDR by Union Square Limited and Wayne Margolin.

9. Attached as **Exhibit G** is true and correct copy of the Counterclaim, dated July 24, 2020, filed with the ICDR by Union Square Limited.

10. Attached as **Exhibit H** is a true and correct copy of a notice from the ICDR, dated July 27, 2020, notifying the parties that Arbitrator Strick was appointed as sole Arbitrator in the matter of Mr. Bar-B-Q Products LLC vs. Union Square Limited and Wayne Margolin, ICDR Case Number 01-20-0005-4914.

11. Attached as **Exhibit I** is a true and correct copy of the Report of Case Management Hearings and Procedural and Scheduling Order No 1, dated August 22, 2020, issued by Arbitrator Strick.

12. Attached as **Exhibit J** is a true and correct copy of the Approved Procedural Schedule 1.7, dated February 26, 2021, issued by Arbitrator Strick.

13. Attached hereto as **Exhibit K** is a true and correct copy of the Order and Procedures for Virtual Hearing Via Videoconference – ZOOM, dated March 8, 2021, issued by Arbitrator Strick.

14. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of December, 2021 in New York, New York

s/ Jeffrey A. Wurst  
Jeffrey A. Wurst

.