# Exhibit D

# Notice of Arbitration

# INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

**NOTICE OF ARBITRATION**

Mediation is a non-binding process. The mediator assists the parties in working out a solution that is acceptable to them. If you would like the ICDR to contact the other parties to determine whether they wish to mediate this matter, please check this box ☐. *There is no additional administrative fee for this service.*

Date: June 4, 2020

| | |
|---|---|
| To: Name (of the party on which the request is to be served): Union Square Limited and Wayne Margolin | Nationality: Hong Kong |

Address: 1208 Mirror Tower, 61 Mody Road

| City: Tsim Sha Tsui East | State/Province: Kowloon | Country: Hong Kong | Postal Code: |
|---|---|---|---|
| Telephone: (852) 3575-2121 | Facsimile: | Email: wayne.margolin@unionsquare.com.hk | |
| Name of Representative: (if known) Martin Pavane, Esq. | | Name of Firm: (if applicable) Cozen O'Connor | |

Address: 277 Park Avenue

| City: New York | State/Province: NY | Country: USA | Postal Code: 10172 |
|---|---|---|---|
| Telephone: (212) 883-4994 | Facsimile: (646) 588-1478 | Email: MPavane@cozen.com | |

The named claimant, a party to an arbitration agreement contained in a written contract, dated July 27, 2018 (as amended) providing for arbitration under the

☐ International Dispute Resolution Procedures
☐ Commercial Arbitration Rules and Mediation Procedures (AAA)
☐ Procedures for Cases under the UNCITRAL Arbitration Rules
☒ Other (please specify): Arbitration required by contract; no specification of AAA rules.

hereby demands arbitration.

Nature of the Dispute: (attach additional sheets, if necessary) See Attached.

The Claim or Relief Sought: (the amount, if any) See Attached.

| Type of Business: Claimant Manufacture and sale of BBQ accessories | Respondent: Trading Company; Manufacture and sale of BBQ accessories |
|---|---|
| Claimant's Request Number of Arbitrators: 1 (as per contract (Sec. 22)) | Place of Arbitration: New York, NY (as per contract (Sec. 22))  Language: English |

You are hereby notified that copies of our arbitration agreement and this **Notice** are being filed with the International Centre for Dispute Resolution, with a request that it commence administration of the arbitration. Under the rules, you may file a Statement of Defense within the time specified in the rules after notice from the administrator.

| Name of Claimant: Mr. Bar-B-Q Products, LLC | Nationality: (U.S.) NY Limited liability Company |
|---|---|

Address: (to be used in connection with this case) 10 Hub Drive, Suite 101

| City: Melville | State/Province: NY | Country: U.S.A. | Postal Code: 11747 |
|---|---|---|---|
| Telephone: (516) 962-2376 | Facsimile: | Email: mguadagno@mrbarbq.com | |
| Name of Representative: (if known) Mark B. Stumer, Esq. | | Name of Firm: (if applicable) Mark B. Stumer & Associates, PC | |

Address: 101 5th Avenue, Penthouse

| City: New York | State/Province: NY | Country: USA | Postal Code: 10001 |
|---|---|---|---|
| Telephone: (212) 633-2225 | Facsimile: (212) 633-2225 | Email: mstumer@newyorklawyers.org | |

Notice: To begin proceedings, please file online at **www.adr.org/fileonline**. You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee.

| Signature: (may be signed by a representative) *MStumer* | Title: Attorney | Date: June 4, 2020 |
|---|---|---|

*If you have any questions, please contact the International Centre for Dispute Resolution at 1.888.855.9575 or +1.212.484.4181 or visit our website at www.icdr.org.*