# Exhibit H

# Notice of Sole Arbitrator Appointment



International Centre
Thomas Ventrone, Esq.
ICDR Vice President
120 Broadway, 21st Floor
New York, NY 10271
Telephone: (212)484-4181
Fax: (212)246-7274

July 27, 2020

**Via Email Only**

Mark B. Stumer, Esq.
Mark B. Stumer & Associates PC
101 5th Avenue
Penthouse
New York, NY 10001

Martin Pavane, Esq.
Davis Firm P.C.
213 N. Fredonia Street
Suite 230
Longview, TX 75601

Case Number: 01-20-0005-4914

Mr. Bar-B-Q Products, LLC
-vs-
Union Square Limited and Wayne Margolin

Dear Counsel,

We are writing this letter to inform the parties that the ICDR has appointed Arbitrator Stephen Strick (the "Arbitrator") to hear the above-captioned matter as a sole arbitrator. Enclosed please find copies of the Arbitrator's duly executed Notice of Appointment. Per our rules, all arbitrators are impartial and independent, unless otherwise agreed by the parties in the situation of party-appointed arbitrators.

If either party or their counsel knows of any contact or conflict that may be relevant, they are to communicate this information to the ICDR within ten days. Each party is responsible for updating its disclosures as such information becomes available. The duty to update this information is ongoing through the conclusion of this matter.

The Arbitrator's Notice of Compensation Arrangements including the specific compensation rates for this matter will be sent to you under separate cover shortly. Compensation to the Tribunal represents an independent obligation of the parties, and it is understood that the ICDR/AAA has no liability, direct or indirect, for such payment. Each party shall promptly deposit in advance with the ICDR such sums of money as required by the administrator to defray the Tribunal's invoices. Compensation incurred will be

deducted from deposits on hand, if any. Invoices that reflect an estimated amount of twenty hours of the Tribunal's compensation, including study and preliminary hearing time, will be circulated shortly under separate cover.

This letter will also serve to confirm that a Preliminary Hearing conference call will be scheduled shortly. We kindly ask the Tribunal to please inform the ICDR by **August 4, 2020** of its selection of a date and time to schedule a Preliminary Hearing conference call during the two weeks beginning **August 10th** and **August 17th** (or, in the alternative, the earliest possible date after those weeks).

There shall be no direct telephone or any other type of contact with the Tribunal. Please note that any challenges or financial matters must be exclusively submitted to the undersigned.

As a reminder, cases may be viewed and managed online through AAA's WebFile.

Sincerely,

/s/

Elizabeth Robertson
Director
Direct Dial: (212)484-3299
Email: ElizabethRobertson@adr.org
Fax: (877)304-8457


Encl.


Cc:    The Tribunal (via email)