# Exhibit J

# Approved Procedural Schedule 1.7

## <u>SCHEDULE 1</u>

**APPROVED PROCEDURAL SCHEDULE 1.7**

| APPROVED DATES | EVENT |
|---|---|
| By<br><br>August 20, 2020 | Parties submit joint proposed confidentiality agreement. |
| By<br>September 30, 2020 | Parties serve First Requests for Documents.<br><br>Objections to Requests for Documents shall be served no later than 15 days after service of the Requests.<br><br>Documents responsive to the Requests for Documents shall be produced no later than 30 days after service of the Requests. |
| By<br>September 30, 2020 | Parties to serve First Request for Information.<br><br>Each party is limited to 25 Requests for Information, which may only be exceeded in number by agreement of the parties or approval of the Arbitrator upon good cause shown.<br><br>Objections to Requests for Information shall be served no later than 15 days after service of the Requests.<br>APP<br>Responses (which must be under oath/verification) to the Requests for Information shall be served no later than 30 days after service of the Requests. |
| By<br>November 19, 2020 | Parties serve Supplemental Requests for Documents.<br><br>Objections to Supplemental Requests for Documents shall be served no later than 15 days after service of the Supplemental Requests.<br><br>Documents responsive to the Supplemental Requests for Documents shall be produced no later than 30 days after service of the Supplemental Requests. |
| By<br>November 22, 2020 | Deadline for additional or amended claims.  Any additional or amended claim after this date must be supported by a showing of reasonable good cause why it was not filed earlier, that the other party will not be prejudiced, and that this proceeding will not be delayed<br><br>A showing of "Reasonable Good Cause" may include at the Arbitrator's discretion the existence of additional claims being revealed through discovery.] |
| By<br>November 25, 2020 | Parties disclose list of fact witnesses.<br><br>The disclosure shall provide each witness's name, contact information (name, address, telephone number, email address), and a brief description of the subject matter of the witness's knowledge of relevant facts. |
| By<br>November 25, 2020 | List of expert witnesses. |

|  | The disclosure shall provide each expert's name, contact information (name, address, telephone number, email address), a brief description of subject matter of the expert's anticipated testimony, a copy of the expert's most current curriculum vitae and a list of the cases (by name, court, and party represented) in which the expert has provided trial or deposition testimony in the last 3 years. |
|---|---|
| By<br>December 9, 2021 | List of expert rebuttal witnesses.<br><br>The disclosure requirements for expert witnesses also apply to expert rebuttal witnesses. |
| By<br>December 23, 2021 | Parties serve Witness Statements (by the party with the burden of proof for a claim or affirmative defense). |
| By<br>December 16, 2021 | Opening Expert Reports (by the party with the burden of proof). |
| By<br>January 18, 2021 | Parties serve Rebuttal Witness Statements addressing the other party's claims and defenses. |
| By<br>January 18, 2021 | Rebuttal Expert Reports |
| By<br>January 21, 2021 | Deadline for supplementing a party's list of fact witnesses if consented by opposing party(ies) or for seeking leave from the Arbitrator to supplement a party's fact witness list if the supplementation is opposed.  A party seeking to supplement its list of fact witnesses must first meet-and-confer with the opposing party(ies) and, if no agreement is reached, seek leave from the Arbitrator and demonstrate reasonable good cause for the proposed supplementation, including an explanation of why the supplemental fact witness could not have been identified earlier.<br><br>Opposing party(ies) shall file an opposition within two (2) business days after the date an application for leave to file a supplemental witness list is filed, and the party seeking leave shall file a reply within two (2) business days after the date the opposition is filed..<br><br>If the motion for leave is granted, a witness statement for each supplemental fact witness approved by the Arbitrator shall be filed within three (3) business days after the date of the Arbitrator's decision granting leave, and rebuttal witness statements in response to any such supplemental fact witness statement(s) shall be filed within ten (10) days after the date the of  Arbitrator's decision granting leave. |

| January 21, 2021 | Deadline for completion of fact discovery, except for any supplemental discovery allowed by the Arbitrator upon a showing of reasonable good cause. |
|---|---|
| By January 25, 2021 | Dispositive motions (movant must first seek leave to file from the Arbitrator and non-moving party shall have 5 days to file its response to said request; leave shall be determined in accordance with the standard set forth in the First Procedural Report)<br><br>Responses to dispositive motions shall be filed no later than 14 days after service of the dispositive motion.<br><br>Replies to dispositive motions shall be filed no later than 14 days after service of the response brief. |
| By February 21, 2021 | Pre-Hearing Opening Briefs and submission of exhibits |
| By March 5, 2021 | Pre-Hearing Responsive Briefs |
| March 8-13, 2021 | Hearing on the Merits |
| 20 days after receipt of Hearing transcripts | Post Hearing Briefs |

SO ORDERED: _Stephen S. Strick_____

Arbitrator:      Stephen S. Strick

Dated: February 26, 2021