UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of arbitration:

UNION SQUARE LIMITED,

      Petitioners      No. 1:21-cv-11032-VSB

    V

MR. BAR-B-Q PRODUCTS, LLC

      Respondent.

---

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

  Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner Union Square Limited through its undersigned counsel, certifies that it is a privately held corporation organized and existing under the laws of Hong Kong. No publicly held corporation owns more than 10% of Union Square Limited's stock.

| | |
|---|---|
| Dated: December 29, 2021<br>   New York, New York | Respectfully Submitted,<br><br>ARMSTRONG TEASDALE LLP<br><br>By: */s/ Jeffrey A. Wurst*<br>  Jeffrey A. Wurst<br>  7 Times Square, 44th Floor,<br>  New York, NY 10036<br>  212.209.4400<br>  jwurst@atllp.com<br><br>ATTORNEYS FOR PETITIONER |

40677328