# MARK B. STUMER & ASSOCIATES PC
ATTORNEYS AT LAW

306 FIFTH AVENUE
PENTHOUSE
NEW YORK, NEW YORK 10001

PHONE (212) 633-2225
FAX (212) 691-3642

**VIA ECF**

March 17, 2022

Judge Vernon S. Broderick
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.  03/18/22

     Re:    In the Matter of arbitration:
              Union Square Limited v. Mr. Bar-B-Q Products LLC
              Case No. 1:21-cv-11032

              **Letter Motion to Strike ECF Nos. 50 and 51**

Dear Judge Broderick:

    Yesterday Respondent Mr. Bar-B-Q Products filed a motion for summary judgment in view of its final payments to Petitioner Union Square Limited ("USL) as required under the Second Partial Final Award. ECF Nos. 48 (Notice) and 49 (Memorandum). In support of that motion, Respondent Mr. Bar-B-Q filed a Second DiMatteo Declaration and a Rule 56.1 Statement, ECF Nos. 50 and 51 respectively. Soon after filing those papers, counsel for Petitioner USL alerted us to the fact that the declaration and Rule 56.1 statement included confidential bank account information. Respondent Mr. Bar-B-Q immediately refiled the declaration and Rule 56.1 statement – ECF Nos. 52 and 53, respectively, and alerted ECF Quality Control to the error. Yesterday the Court's ECF Quality Control personnel emailed counsel for Mr. Bar-B-Q stating that ECF Nos. 50 and 51 were sealed temporarily but that only the Court can have those documents permanently stricken or sealed.

1

In view of the above, counsel for Mr. Bar-Q respectfully request that this Court permanently strike from the record ECF Nos. 50 and 51.

Sincerely,

MARK B. STUMER & ASSOCIATES, P.C.

_____
Mark B. Stumer, Esq. (MS6027)
Attorney for Respondent Mr. Bar-B-Q Products LLC
306 Fifth Ave, Penthouse
New York, New York 10003
(212) 633-2225

SOFER & HAROUN, LLP

_____/s/_____
John M. DiMatteo, Esq. (JD 4704)
Attorney for Respondent Mr. Bar-B-Q Products LLC
215 Lexington Avenue, Suite 1301
New York, NY, 10016
(212) 697-2800  Office
(631) 645-3490  Mobile