**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
UNION SQUARE LIMITED,

                   Petitioner,

   -against-                                        21 **CIVIL** 11032 (VSB)

## JUDGMENT

MR. BAR-B-Q PRODUCTS LLC,

                   Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 5, 2023, Petitioner's Corrected Motion is GRANTED and the Award is confirmed. On several occasions, Petitioner has advised this Court that they will be seeking attorneys' fees and costs, (see, e.g., Docs. 56, 61, 62), Petitioner is hereby ordered to file any motion related to attorneys' fees and costs within 30 days of the entry of the Opinion & Order.

**Dated:**  New York, New York

      October 5, 2023

                                                                             **RUBY J. KRAJICK**
                                                                 _____
                                                                    **Clerk of Court**

                                   **BY:**     *K. Mango*

                                                                  _____
                                                                  **Deputy Clerk**